■ In the Matter of the Claim of FRIEDERICH F. ROESSLER, Appellant, v. NATIONAL BISCUIT COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted by default, without costs. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) BINGHAMTON AMUSEMENT Co., INC., Appellant, v. ROBERT BUCKLEY et al., Respondents. (B) DORIS JOHNSON, Appellant, v. J. M. CLEMINGSHAW et al., Respondents.— [In each action] Appeals dismissed, without cost, unless appellants shall file and serve records, briefs and notes of issue for the April 1963 Term on or before March 15, 1963, in which event motions denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ WILLIAM J. GARDENIER, Respondent, v. TOWN OF COLONIE et al., Appellants.— Appeal dismissed, without costs unless appellants shall file and serve record, brief and note of issue for the March 1963 Term on or before February 1, 1963, in which event motion denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK F. McELROY, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID ALLEN, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH V. LEWIS, Appellant.— [In each action] Time to perfect appeals extended 90 days. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.